No. 91–1657. LEATHERMAN ET AL. v. TARRANT COUNTY NARCOTICS INTELLIGENCE AND COORDINATION UNIT ET AL. C. A.

5th Cir. [Certiorari granted, *ante*, p. 1203.] Motion of petitioners to permit Richard Gladden to present oral argument *pro hac vice* granted.